IN THE COMMONWEALTH COURT OF PENNSYLVANIA

National Collegiate : 
Student Loantrust 2006-1 : 
 : 
v. : No. 1340 C.D. 2016
 : 
David Becirovic, : 
Appellant : 

# **O R D E R**

NOW, November 13, 2017, having considered appellant's application for reconsideration, the application is denied.

MARY HANNAH LEAVITT,
President Judge
